UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CLAIRE SALVATORE

                              Plaintiff,

                                                        <u>ORDER</u>

                                                        10-CV-6600L

                         v.

TOPS MARKETS, LLC,

                              Defendant.
_____

      The parties in this action have been ordered to participate in the Court's Mediation Program. Therefore, United States Magistrate Judge Jonathan W. Feldman's Order of May 8, 2012 (Dkt. #15) concerning the deadline for filing dispositive motions is modified. The time to file such motions is extended, without date, pending mediation proceedings. Once those matters have been concluded, counsel for defendant is to notify this Court so that it might issue a new scheduling order for dispositive motions.

      IT IS SO ORDERED.

                                                   _____
                                                      DAVID G. LARIMER
                                               United States District Judge

Dated: Rochester, New York
       July 17, 2012.